# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., by and through his guardian ad litem Adam Billiet guardian ad litem Corrie Billiet,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOLS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00858-LJO-EPG<br><br>**ORDER REGARDING STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 5) |

Pursuant to the stipulated request for an initial extension of time for not more than 28 days to respond to the complaint (ECF No. 5), and Local Rule 144(a), Defendants are automatically granted an extension of time, to August 21, 2019, to file a response to the complaint.

IT IS SO ORDERED.

Dated: __**July 31, 2019**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1