Sloan R. Simmons, SBN 233752
Marcella L. Gutierrez, SBN 214224
Tilman A. Heyer, SBN 315566
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:  (916) 329-7433
Facsimile:  (916) 329-9050

Attorneys for Defendants and Counterclaimants
TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOLS and
CURTIS CREEK ELEMENTARY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B.,<br><br>            Plaintiff,<br><br>     vs.<br><br>TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOLS, ET AL.,<br><br>            Defendants. | Case No. 1:19-cv-00858-NONE-EPG<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME FOR ADDITIONAL BRIEFING; [PROPOSED] ORDER**<br><br>**(L.R. 144)** |

Stip. Re: Ext. of Time for Addl.
Briefing; [Proposed] Order

J.B., et al. v. TCSS, et al.
Case No. 1:19-cv-00858-NONE-EPG

IT IS HEREBY STIPULATED, by and between Plaintiff J.B. and Defendants Tuolumne County Superintendent of Schools and Curtis Creek Elementary School District ("Defendants"), through their respective counsel of record, that the Parties respectfully request the Court delay its deadline for briefing regarding compensatory education in this matter ordered by the Court. (Dkt. # 83, 27:16-28:5). The Parties, following meet and confer, request the Court delay the deadlines for such briefing by a period of twenty-one days, until May 5, 2021 for Plaintiff's briefing, and the May 19, 2021 for Defendants' briefing. Following the Court's March 31, 2021 Order, the Parties reengaged in settlement discussions, and based on the progression of such discussions, believe the requested extension would allow the Parties to reach an agreement without the time and expense of the briefing proposed by the Court, which would make such resolution more difficult to achieve. Accordingly, the Parties respectfully request the Court grant this stipulated request to extend briefing deadlines.

Dated: April 14, 2021                    Respectfully Submitted,

                                         **LOZANO SMITH**

                                         /s/ Sloan R. Simmons
                                         SLOAN R. SIMMONS
                                         MARCELLA L. GUTIERREZ
                                         TILMAN A. HEYER
                                         Attorneys for Defendants and Counterclaimants
                                         TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOLS and CURTIS CREEK ELEMENTARY SCHOOL DISTRICT

Dated: April 14, 2021                    **LEIGH LAW GROUP, P.C.**

                                         /s/ Damien B. Troutman (authorized on 4/14/21)
                                         JAY T. JAMBECK
                                         MANDY G. LEIGH
                                         DAMIEN B. TROUTMAN
                                         Attorneys for Plaintiff J.B.

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

Stip. Re: Ext. of Time for Addl. Briefing; [Proposed] Order       - 2 -       J.B., et al. v. TCSS, et al.
Case No. 1:19-cv-00858-NONE-EPG

**ORDER**

Having reviewed the foregoing Stipulation of the Parties (Doc. No. 84), the court finds good cause to extend the deadlines as requested. Therefore, the court's deadlines for supplemental briefing regarding compensatory education remedies in this matter are extended to May 5, 2021, for plaintiff's briefing, and May 19, 2021, for defendants' briefing.

IT IS SO ORDERED.

Dated: **April 15, 2021**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE