UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., by and through his guardians ad litem, Adam Billiet and Corrie Billiet,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY SUPERINTENDENT OF SCHOOLS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00858-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 105) |

On September 17, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 105.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **September 20, 2021**            /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE